IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BONNIE WARREN,       *
                     *
    Plaintiff,       *
                     *
    v.               *     CV 622-064
                     *
RENASANT BANK,       *
                     *
    Defendant.       *
                     *

O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 41.) Federal Rule of Civil Procedure 41 governs the dismissal of actions including notices of dismissal. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss a case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, however, Defendants filed an answer to both the original and amended complaints. (Docs. 1, 19.) Therefore, Rule 41(a)(1)(A)(i) is not a proper mechanism for Plaintiff to voluntarily dismiss this case.

Based on the foregoing, Plaintiff's notice of dismissal is invalid. If Plaintiff wants to dismiss the above-named Defendant, she is instructed to re-file in compliance with either Rule 41(a)(1)(A)(ii) or Rule 41(a)(2).

**ORDER ENTERED** at Augusta, Georgia, this ___1ST___ day of December, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA